1 SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
2 Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
3 101 S. Western Ave., Second Floor
Los Angeles, CA 90004
4 Telephone: (213) 252-8008
Facsimile: (213) 252-8009
5 cm@SoCalEAG.com

6 Attorneys for Plaintiff,
IGNACIO VERA

7

8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 IGNACIO VERA,                          | **Case No.: 2:23-cv-09316 SVW (BFMx)**

12                                        | **NOTICE OF SETTLEMENT OF
                 Plaintiff,              | ENTIRE CASE**
13

14      vs.

15
MI CARBONERO RESTAURANT
16 INC; SIAMAK SELEH, AS TRUSTEE
OF THE SIAMAK SELEH LIVING
17 TRUST; and DOES 1 to 10,

18
                 Defendants.
19

20      Notice is hereby given that Plaintiff IGNACIO VERA ("Plaintiff") and

21 Defendants have settled the above-captioned matter as to the entire case.  Parties

22 request that the Court grant thirty (30) days from the date of this filing for Plaintiff

23 to file dispositional documents in order to afford Parties time to complete settlement.

24

25  DATED:  December 20, 2023          **SO. CAL EQUAL ACCESS GROUP**

26
                                          _/s/ Jason J. Kim_
27                                        JASON J. KIM
                                          Attorney for Plaintiff
28

NOTICE OF SETTLEMENT OF ENTIRE CASE