1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  cm@SoCalEAG.com

6  Attorneys for Plaintiff
   IGNACIO VERA

7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | IGNACIO VERA,                              | Case No.: **2:23-cv-09316 SVW (BFMx)**
12 |              Plaintiff,                    |
13 |         vs.                                | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
14 | MI CARBONERO RESTAURANT INC;               |
15 | SIAMAK SELEH, AS TRUSTEE OF THE            |
16 | SIAMAK SELEH LIVING TRUST; and             |
   | DOES 1 to 10,                              |
17 |              Defendants.                   |
18

19

20      **PLEASE TAKE NOTICE** that Plaintiff IGNACIO VERA ("Plaintiff") pursuant
21 to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire
22 action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which
23 provides in relevant part:
24      (a) **Voluntary Dismissal.**
25           (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
26                 and any applicable federal statute, the plaintiff may dismiss an action
27                 without a court order by filing:
28

                                              1
                 NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

    (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  February 13, 2024    **SO. CAL. EQUAL ACCESS GROUP**

           By: */s/  Jason J. Kim*
              Jason J. Kim, Esq.
              Attorneys for Plaintiff